Armond M. Jackson, Esq.
ajackson@jacksonapc.com
Andrea M. Fernandez-Jackson, Esq.
afernandez@jacksonapc.com
JACKSON LAW, APC
2 Venture Plaza, Suite 240
Irvine, CA  92618
Telephone:  949-281-6857
Facsimile:   949-777-6218
ajackson@jlaw-pc.com

Attorneys for Plaintiff
VICTOR PIMENTEL

Evan R. Moses (SBN 198099)
evan.moses@ogletree.com
Aaron H. Cole (SBN 236655)
aaron.cole@ogletree.com
Melis Atalay (SBN 301373)
melis.atalay@ogletree.com
Omar M. Aniff (SBN 315446)
omar.aniff@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone:  (213) 239-9800
Facsimile:   (213) 239-9045

Attorneys for Defendant
Home Depot U.S.A., Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTOR PIMENTEL, as an individual and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation, and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:21-cv- 03051-ODW-KES<br><br>**JOINT STIPULATION TO DISMISS**<br><br>Judge:  Hon. Otis D. Wright<br>Crtrm.:    9D |

1  Plaintiff Victor Pimentel ("Plaintiff") and Defendant Home Depot U.S.A.,
2  Inc. ("Defendant"), hereby stipulate that Plaintiff dismisses this matter in its entirety
3  without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
4  Plaintiff and Defendant will each bear their own attorneys' fees and costs.  No class
5  has been certified and this dismissal is without prejudice to putative class members.

6
7  DATED:  May 11, 2022            JACKSON LAW, APC
8
9  By: Armond M. Jackson            /s/ Armond M. Jackson
                                    Armond Jackson
10
11                                  Attorneys for Plaintiff
                                    VICTOR PIMENTEL
12
13 DATED:  May 11, 2022            Ogletree, Deakins, Nash, Smoak &
                                    Stewart, P.C.
14
15
   By: Melis Atalay                 /s/ Melis Atalay
16                                  Evan R. Moses
                                    Aaron H. Cole
17                                  Melis Atalay
                                    Omar M. Aniff
18
                                    Attorneys for Defendant Home Depot U.S.A.,
19                                  Inc.
20
21
22
23
24
25
26
27
28

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Melis Atalay, counsel for Defendants Home Depot U.S.A. and that I have obtained counsel's authorization to affix his electronic signatures to this document.

DATED: May 11, 2022     JACKSON LAW, APC

By: /S/ ARMOND M. JACKSON
Armond M. Jackson
Attorneys for Plaintiff VICTOR PIMENTEL

**PROOF OF SERVICE**
STATE OF CALIFORNIA
COUNTY OF ORANGE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action. My business address is 2 Venture Plaza, Ste. 240, Irvine, CA 92618.

On May 11, 2022 referring to the foregoing document described as:

**JOINT STIPULATION TO DISMISS**

Was served on the interested parties in this action:

| Evan R. Moses (SBN 198099)<br>evan.moses@ogletree.com<br>Aaron H. Cole (SBN 236655)<br>aaron.cole@ogletree.com<br>Melis Atalay (SBN 301373)<br>melis.atalay@ogletree.com<br>Omar M. Aniff (SBN 315446)<br>omar.aniff@ogletree.com<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>400 South Hope Street, Suite 1200<br>Los Angeles, California 90071<br>Telephone:   (213) 239-9800<br>Facsimile:    (213) 239-9045 | Attorneys for Defendant<br>Home Depot U.S.A., Inc. |
|---|---|

(XX) **[BY EMAIL OR ELECTRONIC TRANSMISSION]** –I caused all of the pages of the above-entitled document created as a portable document file format and attached to a properly addressed electronic mail message to be sent to the interested parties in this action on the date specified below. The email address I used is noted above.

Executed on May 11, 2022, at Irvine, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 05/11/2022 | __ARMOND JACKSON__ | /S/ ARMOND M. JACKSON |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |